KATHRYN C. CURRY (SBN 157099)
TRACY M. TIERNEY (SBN 200537)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Ste 400
Mountain View, CA  94040
Telephone:     (650) 428-3900
Facsimile:      (650) 428-3901
Email:          kcurry@gcalaw.com
                ttierney@gcalaw.com

Attorneys for Plaintiff,
JANE DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>          Plaintiff,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA;<br><br>         Defendant. | CASE NO.  5:24-cv-00859<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER PSEUDONYM** |

The Court, having considered Plaintiff's submission, hereby GRANTS Plaintiff's motion for administrative relief to proceed under a pseudonym. The Clerk is hereby directed to sign, seal and issue the proposed summons.  IT IS SO ORDERED.

Dated: _____  March 15, 2024

_____
UNITED STATES JUDGE

- 1 -

GCA LAW PARTNERS LLP
Mountain View, California