# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No. 24-cv-00859-BLF<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

The parties have filed a joint further status report that requests a settlement conference with Magistrate Judge Nathanael Cousins. The Court ORDERS that this matter is referred to Judge Cousins for a settlement conference to be conducted no later than November 22, 2024.

**IT IS SO ORDERED.**

Dated: August 12, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge