UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiffs,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendants. | Case No. 24-cv-00859-NW<br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (BENCH)** |

The court reviewed the joint case-management conference statement and issues this case-management and pretrial order.  July 1, 2025 hearing is VACATED.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: June 27, 2025<br>**Responses**: July 25, 2025<br>**Replies**: August 1, 2025 |
| Hearing on Dispositive and Daubert Motions | August 20, 2025 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | August 20, 2025 |
| Final Pretrial Conference | September 03, 2025 at 2:00 p.m. |
| Trial | September 15, 2025 at 9:00 a.m. |
| Length of trial | 1 half day |

**IT IS SO ORDERED.**

Dated: June 26, 2025

_____
Noël Wise
United States District Judge