1  Kathryn C. Curry (Bar No. 157099)
   kcurry@gcalaw.com
2  Tracy M. Teirney (Bar No. 200537)
   ttierney@gcalaw.com
3  GCA LAW PARTNERS LLP
   2570 W. El Camino Real, Ste 400
4  Mountain View, California 94040
   Telephone:  (650) 428-3900
5  Facsimile:  (650) 428-3901

6  Attorneys for Plaintiff
   Jane Doe
7

8  Nicole Y. Blohm (SBN 177284)
   E-mail:  nblohm@bwslaw.com
9  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, 40th Floor
10 Los Angeles, California 90071-2942
   Tel:  213.236.0600     Fax:  213.236.2700
11
   Attorneys for Defendant
12 LIFE INSURANCE COMPANY OF NORTH
   AMERICA
13

14                 UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

16

17 JANE DOE, an individual            Case No. 5:24-CV-00859-NW

18        Plaintiff,                  **JOINT STIPULATION AND [PROPOSED]
                                       ORDER TO MODIFY  SCHEDULING
19     v.                             ORDER [DOCKET # 53]**

20 LIFE INSURANCE COMPANY OF NORTH    Judge:    Hon. Noël Wise
   AMERICA,                           Crtrm:    3, 5th Floor
21                                     Trial: September 15, 2025 at 9 a.m.
          Defendant.
22                                     Complaint Filed:       February 13, 2024

23

24        Plaintiff JANE DOE ("Plaintiff") and Defendant Life Insurance LIFE INSURANCE

25 COMPANY OF NORTH AMERICA ("LINA") (collectively the "Parties"), by and through their

26 respective attorneys of record met and conferred from June 26 through July 3, 2025, in an effort to

27 streamline the issues in the case and, hereby submit this Joint Stipulation and [Proposed] Order to

28 modify the Court's June 26, 2025 Scheduling Order (Docket # 53) as follows:

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    WHEREAS, on June 26, 2025 the Court issued a Case-Management and Pretrial Order

2   (Bench) (Docket # 53) setting the following dates and deadlines:

3    Deadline to File Dispositive and Daubert Motions: Motions June 27, 2025

4                                                          Responses: July 25, 2025

5                                                          Replies: August 1, 2025

6    Hearing on Dispositive Motions and Daubert Motions:    August 20, 2025 at 9 a.m.

7    Deadline to File Joint Pretrial Statement:             August 20, 2025

8    Final Pretrial Conference:                             September 3, 2025 at 2 p.m.

9    Trial (half day bench trial):                          September 15, 2025 at 9 a.m.

10    WHEREAS, this matter is governed by the Employee Retirement Income Security Act of

11   1974 ("ERISA") and, therefore, this matter may properly be decided by the Court on the parties'

12   Rule 52 Cross-Motions for Judgment;

13    WHEREAS, a Pre-Trial Conference is unnecessary since this is an ERISA matter (*see*

14   *Kearney v. Standard Ins. Co.*, 175 F.3d 1084, 1094-95 (9th Cir. 1999)), and the Parties agree to

15   waive the Pre-Trial Conference and its attendant requirements under the Court's Standing Order

16   and Civil Local Rules;

17    WHEREAS, there will not be any witnesses or experts since this is an ERISA matter, and

18   therefore the Parties agree there is no need for a Daubert hearing;

19    WHEREAS, both Parties filed their respective opening Rule 52 Motions for Judgment on

20   June 27, 2025 in compliance with the Court's Scheduling Order (Docket # 53);

21    WHEREAS, since on or about July 26, 2024 the Parties had been operating under the prior

22   Scheduling Orders for the cross-motions for Rule 52 trial whereby the parties were to file opening

23   briefs and response briefs with no reply briefs (*see* Docket #s 24, 43);

24    WHEREAS, counsel for plaintiff, Ms. Curry, scheduled and paid for an out of the country

25   vacation more than a year ago and will be unavailable from July 20 through August 4, 2025 as a

26   result of that vacation;

27    WHEREAS, Attorney Nicole Blohm, scheduled and paid for an out of the country vacation

28   several months ago and will be unavailable from August 21 through September 5, 2025, which

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

2                              Case No. 5:24-CV-00859-NW
JOINT STIP. AND PROP. ORDER TO MODIFY
SCHEDULING ORDER

1  conflicts with the presently scheduled pre-trial conference set for September 3, 2025;

2       WHEREAS, the Parties have agreed to file Opening and Response briefs only (as per the

3  prior Scheduling Order) and waive reply briefs; and

4       WHEREAS, the Parties further agree and request that in lieu of the Reply briefs they be

5  allotted a 25 page limit on their Response Briefs to be filed on July 25, 2025 (Plaintiff will file

6  early due to Ms. Curry's vacation);

7       IT IS STIPULATED by and between the Parties  that the Court's Scheduling Order dated

8  June 26, 2025 (Docket # 53) be modified as follows:

9       -No reply briefs for the recently filed Cross-Motions for Judgment pursuant to Rule 52

10  shall be filed;

11       -Response briefs to the Motions for Judgment remain due by or before July 25, 2025, but

12  response briefs may be up to 25-pages;

13       -the Daubert Hearing on August 20, 2025 be vacated; and

14       -the Pre-Trial conference set for September 3, 2025 also be vacated.

15       **IT IS SO STIPULATED.**

16

17  Dated:  July 7, 2025                          GCA LAW PARTNERS, LLP

18

19                                              By:      */s/ Kathryn C. Curry*

20                                                       Kathryn C. Curry
                                                        Attorneys for Plaintiff JANE DOE
21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

3                               Case No. 5:24-CV-00859-NW
JOINT STIP. AND ~~PROP.~~ ORDER TO MODIFY
SCHEDULING ORDER

1    Dated:  July 7, 2025                           BURKE, WILLIAMS & SORENSEN, LLP

2

3

4                                                    By:      _/s/ Nicole Y. Blohm_____
                                                              Nicole Y. Blohm
5                                                             Attorneys for Defendant
                                                              LIFE INSURANCE COMPANY OF
6                                                             NORTH AMERICA

7

8                         **Filer's Attestation - Local Rule 5-1.(i)(3)**

9          The filing attorney attests that she has obtained concurrence regarding the filing of this

10   document and its content from the signatories to this document.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
  SORENSEN, LLP
 ATTORNEYS AT LAW
   LOS ANGELES

1              **ORDER**

2          Based upon the stipulation of the Parties, IT IS HEREBY ORDERED that the Court's June

3    26, 2025 Scheduling Order (Docket # 53) is modified as follows:

4          -No reply briefs for the Parties' recently filed Cross-Motions for Judgment pursuant to

5    Rule 52 shall be filed;

6          -Response briefs remain due by or before July 25, 2025, but response briefs may be up to

7    25-pages in length;

8          -the Daubert Hearing on August 20, 2025 is vacated;

9          -the Pre-Trial conference set for September 3, 2025 is also vacated.

10

11         **IT IS SO ORDERED.**

12

13   Dated: _____July 8_, 2025          _____

14                                                  Hon. Noël Wise
                                                    United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

5

Case No. 5:24-CV-00859-NW
JOINT STIP. AND ~~PROP.~~ ORDER TO MODIFY
SCHEDULING ORDER