Kathryn C. Curry (Bar No. 157099)
kcurry@gcalaw.com
Tracy M. Teirney (Bar No. 200537)
ttierney@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Ste 400
Mountain View, California 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for Plaintiff
JANE DOE

Nicole Y. Blohm (SBN 177284)
E-mail: nblohm@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, an individual<br><br>        Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No. 5:24-CV-00859-NW<br><br>**JOINT STIPULATION EXTENDING THE DEADLINE TO FILE A JOINT REPORT AND/OR PROPOSED JUDGMENT; [PROPOSED] ORDER**<br><br>Judge:   Hon. Noël Wise<br>Crtrm:   3, 5th Floor<br><br>Complaint Filed:   February 13, 2024 |

Plaintiff JANE DOE ("Plaintiff") and Defendant Life Insurance LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") (collectively the "Parties"), by and through their respective attorneys of record hereby submit this Joint Stipulation Extending the Deadline to File a Joint Report and/or Proposed Judgment; [Proposed] Order, ordered by the Court in this case (Document Number: 82).

4931-4995-5211 v1

1

Case No. 5:24-CV-00859-NW
JOINT STIP. EXTENDING THE DEADLINE TO FILE
A JT. REPORT AND/OR PROPOSED JUDGMENT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    WHEREAS, on January 16, 2026, the Court issued its Order Granting Plaintiff's Motion
2 for Judgment Pursuant to Fed. R. Civ. P. 52; Denying Defendant's Motion for Judgment Pursuant
3 to Fed. F. Civ. P. 52 (the "Order") (Document Number 82);

4    WHEREAS, the Order required the Parties to meet and confer on any remaining issues.

5    WHEREAS, the Order further required, within twenty-one (21) days of the Order: (1)
6 Plaintiff to submit a Proposed Judgment; and (2) the Parties to submit a Joint Report if they
7 require court intervention to resolve any remaining issues;

8    WHEREAS, the filings are currently due to be filed by February 6, 2026;

9    WHEREAS, the Parties have been engaged in several and confer efforts since the Court
10 issued the Order, and have reached agreement on some issues, however they need more time to try
11 to resolve all of the issues, including efforts to resolve the amount of retroactive benefits to be paid
12 and the interest on those benefits, and they are also trying to resolve issues regarding attorneys'
13 fees and costs without the need for a motion;

14    WHEREAS, counsel for Plaintiff also has a family medical emergency that is impacting
15 her ability to comply with the Order by February 6, 2026;

16    WHEREAS, the Parties seek a brief extension to file the Proposed Judgment; and if
17 necessary, a Joint Report.

18    IT IS STIPULATED by and between the Parties that, with the Court's permission and
19 upon this Court's Order, the deadline for Plaintiff to file the Proposed Judgment; and if necessary,
20 the Parties to file a Joint Report, be extended from February 6, 2026, to February 27, 2026.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4931-4995-5211 v1

2

Case No. 5:24-CV-00859-NW
JOINT STIP. EXTENDING THE DEADLINE TO FILE
A JT. REPORT AND/OR PROPOSED JUDGMENT

**IT IS SO STIPULATED.**

Dated: January 30, 2026                    GCA LAW PARTNERS, LLP

By: _____*/s/ Kathryn C. Curry*_____
Kathryn C. Curry
Attorneys for Plaintiff JANE DOE

Dated: January 30, 2026                    BURKE, WILLIAMS & SORENSEN, LLP

By: _____*/s/ Nicole Y. Blohm*_____
Nicole Y. Blohm
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

**<u>Filer's Attestation - Local Rule 5-1.(i)(3)</u>**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4931-4995-5211 v1

3

Case No. 5:24-CV-00859-NW
JOINT STIP. EXTENDING THE DEADLINE TO FILE A JT. REPORT AND/OR PROPOSED JUDGMENT

## ORDER

Based upon the stipulation of the Parties, IT IS HEREBY ORDERED that the deadline for Plaintiff to file the Proposed Judgment and the Parties deadline to file a Joint Report is extended from February 6, 2026 to February 27, 2026.

**IT IS SO ORDERED.**

Dated: __February 3, 2026__, ~~2025~~

_____
Hon. Noël Wise
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4931-4995-5211 v1

4

Case No. 5:24-CV-00859-NW
JOINT STIP. EXTENDING THE DEADLINE TO FILE
A JT. REPORT AND/OR PROPOSED JUDGMENT