KATHRYN C. CURRY (SBN 157099)
TRACY TIERNEY (SBN 200537)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Ste 510
Mountain View, CA  94040
Telephone:     (650) 428-3900
Facsimile:     (650) 428-3901
Email:         kcurry@gcalaw.com
               ttierney@gcalaw.com

Attorneys for Plaintiff
JANE DOE


Nicole Y. Blohm (SBN 177284)
E-mail:  nblohm@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel:  213.236.0600  Fax:  213.236.2700

Attorneys for Defendant

LIFE INSURANCE COMPANY OF NORTH
AMERICA

GCA LAW PARTNERS LLP
Mountain View, California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | CASE NO.  5:24-CV-00859-NW<br><br>**JOINT STIPULATION REGARDING PAST DUE BENEFITS, INTEREST, ATTORNEYS' FEES, AND COSTS; [PROPOSED] ORDER**<br><br>Dept.:     Courtroom 3, Fifth Floor<br>Judge:     Honorable Noël Wise |

Plaintiff JANE DOE ("Plaintiff") and Defendant Life Insurance LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") (collectively the "Parties"), by and through their respective attorneys of record hereby submit this Joint Stipulation and [Proposed] Order regarding past due benefits, interest, attorneys' fees and costs.

WHEREAS, on January 16, 2026, the Court issued its Order Granting Plaintiff's Motion for Judgment Pursuant to Fed. R. Civ. P. 52; Denying Defendant's Motion for Judgment Pursuant to Fed. F. Civ. P. 52 (the "Order") (Document Number 82); and

WHEREAS, the Order required the Parties to meet and confer on any remaining issues; and

WHEREAS, counsel for the Parties subsequently engaged in extensive meet and confer efforts in compliance with the Order, and have now reached agreement on all remaining issues;

**IT IS HEREBY STIPULATED** by and between the Parties as follows:

1.    The amount of retroactive long-term disability income benefits ("retroactive benefits") owed by Defendant to Plaintiff pursuant to the Court's Order is $15,802.50. This amount factors in: the dates of benefits through the remaining Regular Occupation definition of disability (February 15, 2023 through December 12, 2023); the gross monthly benefit amount of $7,871.00; the Social Security Disability Insurance ("SSDI") offset of $2,534.00; the resulting overpayment of long term disability ("LTD") benefits due to the SSDI award in the amount of $38,802.13; and the 3% cost of living adjustment ("COLA") increasing the net monthly benefit amount from $5,337.00 to $5,497.11 beginning January 1, 2023.

2.    The pre-judgment interest for the retroactive benefits is $2,633.59, which was factored using a 7% interest rate.

3.    Plaintiff's attorneys' fees and costs are $250,000 and shall constitute the full and complete amount of all attorneys' fees and costs incurred in this action

GCA LAW PARTNERS LLP
Mountain View, California

-1-

through the date of entry of this Judgment, and no additional fees or costs incurred prior to the date of the Judgment shall be sought.

4. If LINA does not appeal the judgment and pays the retroactive benefits, interest, and attorneys' fees and costs within 30 days from the date the Judgment is entered, Plaintiff agrees that no additional attorneys' fees or costs may be sought in this action.

**IT IS SO STIPULATED.**

Dated: March 13, 2026      GCA LAW PARTNERS, LLP

By: _____*/s/ Kathryn C. Curry*_____
     Kathryn C. Curry
     Attorneys for Plaintiff JANE DOE

Dated: March 13, 2026      BURKE, WILLIAMS & SORENSEN, LLP

By: _____*/s/ Nicole Y. Blohm*_____
     Nicole Y. Blohm
     Attorneys for Defendant
     LIFE INSURANCE COMPANY OF
     NORTH AMERICA

**Filer's Attestation - Local Rule 5-1.(i)(3)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

GCA LAW PARTNERS LLP
Mountain View, California

## ORDER

Based upon the stipulation of the Parties, IT IS HEREBY ORDERED that:

1. The amount of retroactive long term disability income benefits ("retroactive benefits") owed to Plaintiff pursuant to the Court's Order is $15,802.50. This amount factors in: the dates of benefits through the remaining Regular Occupation definition of disability (February 15, 2023 through December 12, 2023); the gross monthly benefit amount of $7,871.00; the Social Security Disability Insurance ("SSDI") offset of $2,534.00; the resulting overpayment of long term disability ("LTD") benefits due to the SSDI award in the amount of $38,802.13; and the 3% cost of living adjustment ("COLA") increasing the net monthly benefit amount from $5,337.00 to $5,497.11 beginning January 1, 2023.

2. The pre-judgment interest for the retroactive benefits is $2,633.59, which was factored using a 7% interest rate.

3. Plaintiff's attorneys' fees and costs are $250,000 and shall constitute the full and complete amount of all attorneys' fees and costs incurred in this action through the date of entry of this Judgment, and no additional fees or costs incurred prior to the date of the Judgment shall be sought.

4. If LINA does not appeal the judgment and pays the retroactive benefits, interest, and attorneys' fees and costs within 30 days from the date the Judgment is entered, Plaintiff shall not be entitled to any additional attorneys' fees or costs in this action.

5. The Judgment shall reflect the numbers set forth above.

**IT IS SO ORDERED.**

Dated: April 21, 2026

_____
Honorable Noël Wise
United States District Judge

JOINT STIPULATION RE BENEFITS, INTEREST, ATTORNEYS' FEES, AND COSTS AND ORDER