KATHRYN C. CURRY (SBN 157099)
TRACY TIERNEY (SBN 200537)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Ste 510
Mountain View, CA  94040
Telephone:    (650) 428-3900
Facsimile:    (650) 428-3901
Email:        kcurry@gcalaw.com
              ttierney@gcalaw.com

Attorneys for Plaintiff
JANE DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE, an individual,

        Plaintiff,

    v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.

CASE NO.  5:24-CV-00859-NW

[PROPOSED] JUDGMENT

Dept.:    Courtroom 3, Fifth Floor
Judge:    Honorable Noël Wise

GCA LAW PARTNERS LLP
Mountain View, California

[PROPOSED] JUDGMENT

The Court having entered its January 16, 2026 Order Granting Plaintiff's Motion for Judgment Pursuant to Fed. R. Civ. P. 52; Denying Defendant's Motion for Judgment Pursuant to Fed. F. Civ. P. 52 (the "Order") (Document No. 82) and pursuant to the Parties' Stipulation and Order filed March 13, 2026 (Docket No. 86), the Court hereby ENTERS judgment in favor of Plaintiff Jane Doe and against Defendant Life Insurance Company of North America in the following amounts:

1.  $15,802.50 in long-term disability income benefits owed to Plaintiff from February 15, 2023 through December 12, 2023, plus interest in the amount of $2,633.59, for a total of $18,436.09; and

2.  $250,000 in attorneys' fees and costs.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:    April 21, 2026

Honorable Noël Wise
United States District Judge

GCA LAW PARTNERS LLP
Mountain View, California

-1-

[PROPOSED] JUDGMENT